No. 6,847.—D. N. WILKERSON, Respondent, v. EDWARD REDWING et al., Appellants.

Decided December 5, 1932.

PER CURIAM.—This cause came on regularly for hearing; whereupon H. S. Kline, Esq., appearing as counsel for respondent, no one appearing as counsel for appellants, moved that the judgment appealed from be reversed and the cause remanded for further proceedings. Let an order be entered accordingly.

*Mr. Victor R. Griggs,* for Appellants, submitted a brief.

*Mr. H. S. Kline,* for Respondent, submitted a brief.